■ SENECA INSURANCE COMPANY, Respondent, v RUDAY REALTY CORP. et al., Appellants, et al., Defendants. [929 NYS2d 740]—

Contrary to the contentions of the defendants Ruday Realty

Corp. and Crosstown Management Corp. (hereinafter together the appellants), vacatur and/or an increase of the subject mediation award is not warranted since the award did not violate a strong public policy, was not irrational, and did not manifestly exceed a specific, enumerated limitation on the mediator's power (*see Matter of Town of Callicoon [Civil Serv. Empls. Assn., Town of Callicoon Unit]*, 70 NY2d 907, 909 [1987]; *see also Matter of Local 456, Intl. Bhd. of Teamsters v City of Yonkers*, 75 AD3d 555 [2010]; *Matter of Scher Law Firm, LLP v 87-10 51st Ave. Owners Corp.*, 52 AD3d 611 [2008]; *Matter of Balis v Chubb Group of Ins. Cos.*, 50 AD3d 682 [2008]).

The appellants' remaining contentions are without merit. Angiolillo, J.P., Florio, Belen and Miller, JJ., concur. [**Prior Case History: 26 Misc 3d 1215(A), 2010 NY Slip Op 50105(U).**]